Frederick H. Chesterton, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the plaintiff was guilty of contributory negligence as matter of law.

James Martin, Respondent, v. The Pullman Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Andrew Ozogar, Respondent, v. Pierce, Butler & Pierce Manufacturing Company, Appellant.— Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the plaintiff failed to establish actionable negligence on the part of the defendant. See same case on former appeal, 134 Appellate Division, 800. All concurred, except Spring and Kruse, JJ., who dissented.

The People of the State of New York ex rel. Andrew Bulger and Others, Appellants, v. Matthew F. Hart and Others, as Assessors, and George M. Lundy, as the City Clerk of the City of Olean, Respondents.— Order affirmed, with costs, upon the opinion of Woodward, J., delivered at Special Term. (Reported in 75 Misc. Rep. 137.) All concurred.

Albert T. Sansbury and Mary L. Mills, Appellants, v. George S. Johnson, Respondent.— Judgment affirmed, with costs. All concurred; Foote, J., not sitting.

John L. Kinney, Respondent, v. John W. Kinney, Appellant, Impleaded with Minnie Kinney, His Wife.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, (1) that the finding of the trial court that the appellant abandoned the contract was contrary to and against the weight of the evidence; (2) that there was no such refusal of performance on the part of the appellant as to entitle the plaintiff to rescind the contract and set aside the deed of the farm. All concurred.

The People of the State of New York, Respondent, v. Thomas Storrs, Appellant.— Judgment of conviction and order affirmed. All concurred, except Spring and Kruse, JJ., who dissented upon the ground that the declarations of Smith, the deceased, tending to show that he had given the property to his wife, including the contents of the unsigned lost paper substantially like the one in dispute exhibited by him, were improperly excluded; Spring, J., dissenting also upon the further ground that the verdict of the jury is contrary to and against the weight of the evidence.

Joseph B. Bass, Respondent, v. Jefferson County Patrons Fire Relief Association, Appellant.— Judgment and orders affirmed, with costs. All concurred.

In the Matter of the Petition of Mary Beierl, Respondent, for the Revocation and Cancellation of Liquor Tax Certificate No. 13,728 Issued to Frederick C. Rapp, Appellant, and Rights Therein Assigned to East Buffalo Brewing Company, Appellant. William W. Farley, as Commissioner of Excise of the State of New York.— Order affirmed, with costs. All concurred.

Nancy E. Jewett, Appellant, v. Security Mutual Life Insurance Company, Respondent.— Interlocutory judgment affirmed, with costs, with